## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| eTREPPID TECHNOLOGIES, LLC a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS MONTGOMERY, BRENDA MONTGOMERY, THE MONTGOMERY FAMILY TRUST, EDRA BLIXSETH, OPSRING, LLC, AND BLXWARE, LLC,<br><br>Defendants. | NO. MS 09-077 MJP<br><br>**AMENDED EXPEDITED WRIT OF EXECUTION ON PERSONAL PROPERTY** |

**THE UNITED STATES, TO**

**THE U.S. MARSHAL, GREETINGS:**

**YOU ARE COMMANDED, ON AN EXPEDITED BASIS, TO**:

1.     **Break In, Enter and Levy**.  Levy upon, seize, take into possession and execute on any and all non-exempt personal property belonging to Opspring LLC, Blxware, LLC or both, wherever located, but specifically including (without limitation) all non-exempt personal property located at or in the vicinity of 600 106th Ave. N.E., Suite 210, Bellevue, Washington 98004, with specific instructions and authority to break in and enter said premises as necessary to execute upon this Writ, and to sell such property in the manner prescribed by applicable law.

WRIT OF EXECUTION ON PERSONAL PROPERTY - 1

Without limiting the generality of the preceding sentence, the property that is subject to execution shall include the following:

  (i) All computers (including but not limited to all servers and individual computers (laptops or desktops)) and onboard software and data files; all peripheral devices attached or unattached (including but not limited to keyboards, mice, monitors, printers, copiers, disk burners, scanners, cameras and speakers). All networking devices and hardware (including but not limited to hubs, routers and switches);

  (ii) All digital storage media, including but not limited to all discs, tapes, hard drives, thumb drives, USB drives and back-up tapes;

  (iii) Any and all computer software and created data, whether contained on a computer or storage device such as those listed above or on separate media; and

  (iv) Any handbooks, manuals, notebooks and work papers related to the above.

Because the above-named judgment debtors are believed to be removing themselves and their property from this District, you are instructed to execute this Writ on an expedited basis, and if at all possible by no later than the next business day after this Writ is issued.

 2. **Bond**. Judgment creditor shall provide an indemnity bond in favor of the U.S. Marshals Service in the amount of $50,000.

 3. **Return**. To return this Writ within sixty (60) days to the Clerk who issued it.

DATED this 19th day of May, 2009.

       BY DIRECTION OF THE HONORABLE

       *[signature]*
       ―――――――――――――――
       Marsha J. Pechman
       United States District Judge

WRIT OF EXECUTION ON PERSONAL PROPERTY - 2